**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2300**

KATHLEEN THERESA SCAVELLO,

        Plaintiff - Appellant,

    v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Terry L. Wooten, Chief District Judge. (5:14-cv-00390-TLW)

Submitted: August 12, 2016      Decided: August 18, 2016

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sarah H. Bohr, BOHR & HARRINGTON, LLC, Atlantic Beach, Florida, for Appellant. Nora Koch, Acting Regional Chief Counsel, Charles Kawas, Acting Supervisory Attorney, Jillian Quick, Assistant Regional Counsel, Philadelphia, Pennsylvania; William N. Nettles, United States Attorney, Marshall Prince, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathleen Theresa Scavello appeals the district court's order adopting the magistrate judge's recommendation to affirm the Commissioner's denial of disability insurance benefits.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Scavello v. Comm'r of Soc. Sec., No. 5:14-cv-00390-TLW (D.S.C. Aug. 26, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2